UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                             CRIMINAL ACTION

ERNEST E. ROBERTSON, JR.                           NUMBER 95-60-BAJ-SCR

### RULING ON MOTION TO SUPPLEMENT

Before the court is the petitioner's Motion to Supplement Pending § 2255. Record document number 300.

The motion essentially seeks leave to file a supporting memorandum of law addressing a recent U.S. Supreme Court case, *Alleyne v. United States*, No. 11-9335. Neither the motion nor the memorandum alters the substance of the petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255.[1]

Accordingly, the petitioner's Motion to Supplement Pending § 2255 is granted.

Baton Rouge, Louisiana, July 18, 2013.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Record document number 293.